MOTION

May 2, 2005 Monday

United States District Court
District of Massachusetts
Boston, MA 02210

Judge Wolf
Case No. 05-10848 MLW

Plaintiff

William Z. (Bill) Acker
c/o Iglesia De Dios
26 Mansfield St
Somerville, MA 02143

Defendants

City of Somerville
Police Department
220 Washington St
Somerville, MA 02143

Massachusetts Trial Court
District Court Department
Somerville Division
175 Fellsway
Somerville, MA 02145

FILED
IN CLERKS OFFICE
2005 MAY -2 P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

1

The plaintiff seeks an appropriate court order for a delay of a Monday, May 2, 2005 2PM hearing regarding a criminal complaint as filed by the Somerville Police Department on behalf of an assailant who committed multiple criminal offenses against the plaintiff, as, to the knowledge of the plaintiff, only one assailant has been notified to appear at the hearing, rather than the assailant, a male accomplice, and a female accomplice, and as a case filed by the plaintiff which will impact the hearing has not received a response from the Federal Court.

William Z. (Bill) Acker
William Z. (Bill) Acker

May 2, 2005 MO