May 5, 2005 TH

United States District Court
District of Massachusetts
Boston, MA 02210

Acker, William Z

vs

City of Somerville Police Department
and
Massachusetts Trial Court, District of Somerville

Case No. 05-10848 MLW

Hon. Mark L. Wolf

MOTION

Please be notified the May 2nd, 2005 2PM hearing for the criminal offense against the plaintiff has been continued to May 9th, 2005 at 2:00 PM.