```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

WILLIAM Z. ACKER,
       Plaintiff,

                          C.A. No. 05-10848-MLW

   v.

CITY OF SOMERVILLE POLICE
DEPARTMENT, MASSACHUSETTS
TRIAL COURT, DISTRICT COURT
DEPARTMENT, SOMERVILLE DIVISION,
       Defendants

## ORDER FOR DISMISSAL

WOLF, D.J.

    In accordance with the Memorandum and Order dated October 13, 2005 *Nunc Pro Tunc* April 28, 2005 (#5) directing dismissal of the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matted is dismissed in its entirety.

                                    By the Court,

                                    /s/ Dennis O'Leary
                                    Deputy Clerk

Dated: October 13, 2005